# IN THE UNITED STATE DISTRICT COURT
# DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA,　　　） | **COURT MINUTES-CRIMINAL** |
| ） | |
| Plaintiff,　　） | Case No:　CR21-101 (JRT/DTS) |
| ） | Date:　　　January 28, 2025 |
| v.　　） | Court Reporter: Lori Simpson |
| ） | Courthouse:　　Minneapolis |
| Jeremy Wade Wilson,　　） | Courtroom:　　14E |
| ） | Time Commenced: 1:50 p.m. |
| Defendant.　　） | Time Concluded:　4:14 p.m. |
| ） | Time in Court:　2 Hours & 16 Minutes |
| ） | |

Before John R. Tunheim, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

　　For Plaintiff:　　Matthew Murphy/Garrett Fields, Assistant U.S. Attorney
　　For Defendant:　　Robert Lengeling

## X Evidentiary Hearing

　　Witnesses: John Western, Jeremy Wilson
　　Govt Exhibits 1 and 2 admitted

## X Sentencing.

X Hearing held on objections to the presentence report.

IT IS HEREBY ORDERED that:

Defendant is sentenced to:  BOP 80 months on each count, concurrent
Supervised Release Term:  2 years on each count, concurrent

## X Special conditions of :

　　　　**See J&C for special conditions**

**X** Defendant sentenced to pay:
    **X** Restitution in the amount of $4,815,597.57
    **X** Special assessment in the amount of $600.00 to be paid.
**X** Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released.
**X** On Motion of the Gov't., counts 1-6 of indictment dismissed.

Sealed Matters: Documents sealed pursuant to LR 49.1(c)(2) will be unsealed when judgment is filed unless otherwise specified.

                                                         s/Heather Arent
                                                         Courtroom Deputy