AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
## for the
### District of Minnesota

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Jeremy Wade Wilson | ) Case No: CR21-101(1) JRT/DTS |
| | ) USM No: 42426-509 |
| Date of Original Judgment: 02/03/2025 | ) |
| Date of Previous Amended Judgment: | ) Robert A. Lengeling |
| (Use Date of Last Amended Judgment if Any) | ) Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑DENIED.    ☐GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The Amendment is not applicable to the Defendant, pursuant to USSG §1B1.10(a)(2)(A).  The defendant does not qualify as a zero-point offender, and he did not incur any status points.  Moreover, the Court applied a downward variance at sentencing below the low-end of the advisory range.  Therefore, the defendant is ineligible for a sentencing reduction. ACCORDINGLY, the Pro Se Motion to Reduce Sentence -USSC Amendment 821 filed by Jeremy Wade Wilson (Doc. No. 145) is DENIED.

Except as otherwise provided, all provisions of the judgment dated ___02/03/2025___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  05/07/2026          /s/ John R. Tunheim
                                  *Judge's signature*

Effective Date: _____          John R. Tunheim, United States District Court Judge
                *(if different from order date)*          *Printed name and title*